**Order filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-10-01044-CR

———————

**DARRELL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1279614**

---

## O R D E R

This court has determined, pursuant to TEX. R. APP. P. 34.5(f), that it must inspect the original of State's Exhibit 124, CD statement of defendant, and State's Exhibit 124-A, CD statement of defendant (redacted).

The clerk of the 178th District Court is directed to deliver to the clerk of this court the original of State's Exhibit 124, CD statement of defendant, and State's Exhibit 124-A, CD statement of defendant (redacted), on or before **October 6, 2011.** The clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them

to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 124, CD statement of defendant, and State's Exhibit 124-A, CD statement of defendant (redacted), to the clerk of the 178th District Court.


PER CURIAM

2